1    JOHN L. BURRIS, ESQ.    CSB#69888
2    LAW OFFICES OF JOHN L. BURRIS
     Airport Corporate Centre
3    7677 Oakport Street, Suite 1120
     Oakland, CA  94621-1939
4    Tel: (510) 839-5200
     Fax: (510) 839-3882
5    E/M: John.Burris@JohnBurrisLaw.com
6
     Attorneys for Donovan Whitten (plaintiff)
7



8
9                          **UNITED STATES DISTRICT COURT**
10
11                        **NORTHERN DISTRICT OF CALIFORNIA**

                 SAN FRANCISCO ~~(OAKLAND)~~               CASE MANAGEMENT
12                                                         CONFERENCE CONTINUED TO
                                                           8/5/11 @ 2:30 P.M.
13   DONOVAN WHITTEN,                                 CIVIL NO.  C11-01251 SI
14              Plaintiff,                            STIPULATION TO CONTINUE
                                                      INITIAL CASE MANAGEMENT
15   vs                                               CONFERENCE
16
17   COUNTY OF ALAMEDA; J. MALIZIA;                   Complaint filed: 3/15/11
     S. TYRRELL; D. TEICHERA; and DOES
18   1 –15, inclusive,
19              Defendants.
     ------------------------------------------------/
20
21        The initial case management conference in this matter is scheduled for June 24,

22   2011 after reassignment from Magistrate Judge Ryu to Judge Susan Illston.  Due to a

23   death in the immediate family of counsel for Plaintiff, Plaintiff's counsel has been

24   unavailable, and therefore counsel for the parties have been unable to confer and

25   prepare for the joint case management conference, including preparation of a joint

26   statement.

27

28

_____
**STIPULATION TO CONTINUE INITIAL CMC**

1    Defendants, through their counsel of record, stipulate to the request of Plaintiff

2  that the initial case management conference be continued from June 24, 2011 to a date

3  convenient to the Court.

4                                                    Respectfully submitted,

5  Dated: June 20, 2011                     LAW OFFICES OF JOHN L. BURRIS

6

7

8                                                    _____/S/JOHN L. BURRIS_____

9

10  Dated:  June 20, 2011                    THOMAS F. BERTRAND
                                                         MICHAEL C. WENZEL
11                                                   BERTRAND, FOX & ELLIOT

12

13                                                   _____/S/MICHAEL C. WENZEL____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
**STIPULATION TO CONTINUE INITIAL CMC**