IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTEN,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF ALAMEDA ET AL,<br><br>          Defendant.<br>_____/ | No. C 11-01251 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 13, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 16, 2012

DESIGNATION OF EXPERTS: 4/20/12; REBUTTAL: 5/11/12.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 31, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by August 3, 2012;

     Opp. Due August 17, 2012;  Reply Due August 24, 2012;

     and set for hearing no later than September 7, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 9, 2012 at 3:30 PM.

JURY TRIAL DATE: October 22, 2012 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to the Court's mediation program. The mediation session shall occur during the 1st half of December 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/10/11

SUSAN ILLSTON
United States District Judge