| | |
|---|---|
| 1 | JOHN L. BURRIS, Esq./ State Bar # 69888 |
| 2 | LAW OFFICES OF JOHN L. BURRIS<br>7677 Oakport Street, Suite 1120 |
| 3 | Oakland, CA 94621<br>Telephone: (510) 839-5200 |
| 4 | Facsimile: (510) 839-3882<br>E-Mail: John.burris@johnburrislaw.com |
| 5 | |
| 6 | Attorneys for Plaintiff<br>DONOVAN WHITTEN |
| 7 | |
| 8 | MICHAEL C. WENZEL, Esq./ SB # 215388 |
| 9 | BERTRAND, FOX & ELLIOT<br>2749 Hyde Street |
| 10 | San Francisco, CA 94109<br>Telephone: (415) 353-0999 |
| 11 | Facsimile: (415) 353-0990<br>E-Mail: Mwenzel@bfesf.com |
| 12 | |
| 13 | Attorneys for Defendants<br>COUNTY OF ALAMEDA, J. MALIZIA, |
| 14 | S. TYRRELL and D. TEICHERA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | DONOVAN WHITTEN, | Case No. C 11-01251 SI |
| 19 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLIANCE DATE** |
| 20 | v. | |
| 22 | COUNTY OF ALAMEDA; J. MALIZIA; | |
| 23 | S. TYRRELL; D. TEICHERA; and DOES 1-15, inclusive, | |
| 24 | Defendants. | |

Defendants COUNTY OF ALAMEDA, J. MALIZIA, S. TYRRELL and D. TEICHERA and plaintiff DONOVAN WHITTEN, by and through their respective attorneys of record, hereby stipulate as follows:

1.     The parties appeared for an initial case management conference on August 5, 2011. Pursuant to this Court's Pretrial Preparation Order dated August 10, 2011, the following discovery and dispositive motion deadlines were set:

  (A)   Disclosure of Expert Witnesses and Expert Reports to be served by 4-20-12;

  (B)   Disclosure of Rebuttal Expert Witnesses to be served by 5-11-12;

  (C)   Non-Expert Discovery to be completed by 03-16-12;

  (D)   Expert Discovery to be completed by 05-31-12;

  (E)   All Dispositive Motions shall be filed, served, and noticed by 8-3-12;

  (F)   Oppositions to all dispositive motions due 08-17-12;

  (G)   Replies to oppositions to all dispositive motions due 08-24-12;

  (H)   The Court shall hear dispositive motions no later than 9-7-12 at Courtroom 10, 19th Floor, Federal Building, 450 Golden Gate Avenue, S.F., CA 94102;

2.     The parties were further referred to mediation on August 10, 2011 and were ordered to complete the mediation session in the 1st half of December, 2011. The parties were assigned to mediator Stephen L. Schirle and agreed to schedule mediation for December 6, 2011.

3.     Plaintiff's counsel was subsequently scheduled for trial in another matter beginning December 6, 2011, and requested a new date be set for mediation.

4.     Moreover, plaintiff's counsel has informed defendants that plaintiff WHITTEN has relocated to Washington D.C., and therefore has been unavailable for deposition. The parties are attempting to schedule plaintiff's deposition to take place before the end of the year. Plaintiff's deposition is critical to defendants' evaluation of the case, and a meaningful mediation cannot occur absent that deposition.

5.     Additionally, defendants propounded written discovery on plaintiff's on September 27, 2011. Responses were due October 31, 2011. To date, no responses have been received. Responses to the written discovery may result in the need for further discovery and the issuance of medical subpoenas.

6.     For all the good cause reasons stated above, the parties respectfully request this Court extend the parties deadline to complete mediation until February 17, 2012, so that the parties can complete necessary discovery.

7. The parties' request for extension of the mediation compliance deadline should not interfere with the presently scheduled pretrial and trial dates set by the Court. The parties have submitted no prior stipulations to alter any deadlines set by the Court.

8. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

                          LAW OFFICES OF JOHN L. BURRIS

Dated: November 7, 2011       By: _____/s/ *John L. Burris*_____
                                            John L. Burris, Esq.
                                            Attorneys for Plaintiff
                                            DONOVAN WHITTEN

                          BERTRAND, FOX & ELLIOT

Dated: November 7, 2011       By: _____/s/ *Michael C. Wenzel*_____
                                            Thomas F. Bertrand
                                            Richard W. Osman
                                            Michael C. Wenzel
                                            Attorneys for Defendants
                                            COUNTY OF ALAMEDA, J. MALIZIA,
                                            S. TYRRELL and D. TEICHERA

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The deadline for the parties to complete mediation shall be continued until February 17, 2012.

**IT IS SO ORDERED.**

DATED: ___11/7/11_____                            _____
                                                   HONORABLE SUSAN ILLSTON
                                                   United States District Judge