1  JOHN L. BURRIS, Esq./State Bar #69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
3  Oakland, CA 94621
   Telephone: (510) 839-5200
4  Facsimile: (510) 839-3882
   E-Mail: John.burris@johnburrislaw.com
5
   Attorneys for Plaintiff
6  DONOVAN WHITTEN

7

8  MICHAEL C. WENZEL, Esq./State Bar #215388
   BERTRAND, FOX & ELLIOT
9  2749 Hyde Street
   San Francisco, CA 94109
10 Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
11 E-Mail: Mwenzel@bfesf.com

12
   Attorneys for Defendants
13 COUNTY OF ALAMEDA, J. MALIZIA,
   S. TYRRELL and D. TEICHERA
14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 DONOVAN WHITTEN,                          Case No. C 11-01251 SI

19              Plaintiff,                   STIPULATION AND [PROPOSED] ORDER
                                             CONTINUING CASE MANAGEMENT
20       v.                                  CONFERENCE

21

22 COUNTY OF ALAMEDA; J. MALIZIA;
   S. TYRRELL; D. TEICHERA; and DOES 1-
23 15, inclusive,

24              Defendants.

25

26

27

28

                                        1
   STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Defendants COUNTY OF ALAMEDA, J. MALIZIA, S. TYRRELL and D. TEICHERA and plaintiff DONOVAN WHITTEN, by and through their respective attorneys of record, hereby stipulate as follows:

1. The parties appeared for an initial case management conference on August 5, 2011. Pursuant to this Court's Pretrial Preparation Order dated August 10, 2011, the following discovery and dispositive motion deadlines were set:

   (A) Disclosure of Expert Witnesses and Expert Reports to be served by 4-20-12;

   (B) Disclosure of Rebuttal Expert Witnesses to be served by 5-11-12;

   (C) Non-Expert Discovery to be completed by 03-16-12;

   (D) Expert Discovery to be completed by 05-31-12;

   (E) All Dispositive Motions shall be filed, served, and noticed by 8-3-12;

   (F) Oppositions to all dispositive motions due 08-17-12;

   (G) Replies to oppositions to all dispositive motions due 08-24-12;

   (H) The Court shall hear dispositive motions no later than 9-7-12 at Courtroom 10, 19th Floor, Federal Building, 450 Golden Gate Avenue, S.F., CA 94102;

2. The Court additionally set a further Case Management Conference for January 13, 2012.

3. The parties were further referred to mediation on August 10, 2011 and were ordered to complete the mediation session in the 1st half of December, 2011. The parties were assigned to mediator Stephen L. Schirle and agreed to schedule mediation for December 6, 2011.

4. The parties submitted a stipulation and proposed Order on November 7, 2011 requesting a continuance of the mediation compliance date. By Order dated November 8, 2011, the parties request was granted, and the mediation compliance date was continued to February 17, 2011. The Docket Text accompanying the Order served via EFS stated that the January 13, 2012 Case Management Conference remains on calendar as counsel did not request a continuance of it.

5. Because mediation will not be completed prior to the upcoming January 13, 2012 Case Management Conference, the parties respectfully request that the Court continue the January 13, 2012 Case Management Conference to a date after the February 17, 2011 mediation compliance date. The parties respectfully request the conference be continued until February 24, 2012 or a date thereafter as

convenient to the Court.

6. The parties' request for a continuance of the scheduled Case Management Conference should not interfere with the presently scheduled pretrial and trial dates set by the Court. The parties have submitted one prior stipulation to alter any deadlines set by the Court (as set forth above).

7. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

LAW OFFICES OF JOHN L. BURRIS

Dated: December 1, 2011       By: _____/s/ *John L. Burris*_____
                                   John L. Burris, Esq.
                                   Attorneys for Plaintiff
                                   DONOVAN WHITTEN


BERTRAND, FOX & ELLIOT

Dated: December 1, 2011       By: _____/s/ *Michael C. Wenzel*_____
                                   Thomas F. Bertrand
                                   Richard W. Osman
                                   Michael C. Wenzel
                                   Attorneys for Defendants
                                   COUNTY OF ALAMEDA, J. MALIZIA,
                                   S. TYRRELL and D. TEICHERA

## ORDER

GOOD CAUSE APPEARING THEREFOR, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The Further Case Management Conference, currently scheduled for January 13, 2012, shall be continued until ___February 24_____, 2012.

**IT IS SO ORDERED.**

DATED: ___12/2/11_____       _____
                                   HONORABLE SUSAN ILLSTON
                                   United States District Judge