**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN WHITTEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF ALAMEDA, et al,<br><br>    Defendants. | Case No.: 11-CV-1251 YGR<br><br>ORDER VACATING DATES AND SETTING COMPLIANCE HEARING PER NOTICE OF SETTLEMENT |

In light of the Notice of Settlement of Case, filed February 21, 2012, the Court VACATES all dates previously set in this case, including the case management conference on February 27, 2012, and the trial date of October 22, 2012.

The parties shall file a stipulation for dismissal or a joint status report no later than March 16, 2012. A compliance hearing regarding the status of dismissal shall be held on Friday, March 23, 2012 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. If the parties have filed a stipulation for dismissal, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint status report in a timely fashion. Failure to do so may result in sanctions.

IT IS SO ORDERED.

February 22, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**