# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN WHITTEN,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, et al,<br><br>  Defendants. | Case No.: 11-CV-1251 YGR<br><br>ORDER CONTINUING COMPLIANCE HEARING RE: SETTLEMENT |

In light of the Joint Status Report re: Settlement, filed March 16, 2012, the Court orders as follows:

The parties shall file a stipulation for dismissal or a joint status report no later than April 4, 2012. A compliance hearing regarding the status of dismissal shall be held on Friday, April 13, 2012, on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. If the parties have filed a stipulation for dismissal, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint status report in a timely fashion. Failure to do so may result in sanctions.

IT IS SO ORDERED.

March 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**