1

2

3

4

5

6          **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
7

8

9    DONOVAN WHITTEN,                                   Case No.: 11-CV-1251 YGR

10                Plaintiff,                             ORDER CONTINUING COMPLIANCE
                                                         HEARING RE: SETTLEMENT
11          vs.

12   COUNTY OF ALAMEDA, et al,

13                Defendants.

14

15          In light of the Joint Status Report re: Settlement, filed March 16, 2012, the Court orders as

16   follows:

17          The parties shall file a stipulation for dismissal or a joint status report no later than April 4,

18   2012.  A compliance hearing regarding the status of dismissal shall be held on Friday, April 13,

19   2012, on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland,

20   California, in a courtroom to be designated.  If the parties have filed a stipulation for dismissal, the

21   parties need not appear and the compliance hearing will be taken off calendar.

22          Telephonic appearances will be allowed if the parties have submitted a joint status report in a

23   timely fashion.  Failure to do so may result in sanctions.

24          IT IS SO ORDERED.

25   March 19, 2012

26                                                      _____
                                                        **YVONNE GONZALEZ ROGERS**
27                                                      **UNITED STATES DISTRICT COURT JUDGE**

28

United States District Court
Northern District of California